14000124050401
MANAGER
2347 N 7TH ST
HARRISBURG PA 17110-9998

**************AUTO** 3-DIGIT 171
SEAN LETTERLOUGH
3200 JONAGOLD DR
HARRISBURG PA  17110-9119

(Earnings statement, rotated 90°)

| PAYLOC | FINANCE NO. | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|
| 022 | 41-3495 | S LETTERLOUGH | 04035150 | 05 08 | 00014786 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | Q 01 | 1961 | 834 | W | 4000 | 78440 |
| 2 | Q 01 | 1961 | 834 | O | 61 | 1725 |
| 1 | Q 01 | 1961 | 834 | W | 3434 | 67341 |
| 1 | Q 01 | 1961 | 834 | N | 13 | 16 |

DETAIL EARNINGS

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 147522 | 449692 |
| FED TAX M1 | 12499 | 34105 |
| ST TAX PA H0 | 4529 | 12893 |
| RETIRE | 00 | 00 |
| MEDICARE | 2140 | 6521 |
| L038B SOSEC | 1475 9146 | 4199 27881 |

LEAVE STATUS

ANNUAL LEAVE
- FROM PREV YR: 10 00
- EARNED THIS YR BAL: 10 00
- USED THIS YR / PP: 

SICK LEAVE
- BALANCE: 10 00
- EARNED THIS YR / USED THIS YR PP:

LEAVE WITHOUT PAY
- BALANCE / THIS PP / CUMULATIVE

BOND UNAPPL BAL # ISSUED
EE I

FLSA 4061

NET PAY  1177.33 NT BK

USPS RETIREMENT  .00

DATE 03-07-2008
0001478



LETTERLOUGH — EARNINGS STATEMENT

PAYLOC: 022   FINANCE NO.: 41-3495 S   EMPLOYEE ID: 04035150   PAY PERIOD: 04 08   SERIAL NUMBER: 27597235

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | 01 | 1961 | 834 | W | 3930 | 77067 |
| 2 | 01 | 1961 | 834 | O | 86 | 2432 |
| 1 | 01 | 1961 | 834 | W | 4000 | 78440 |
| 1 | 01 | 1961 | 834 | O | 246 | 6956 |
| 1 | 01 | 1961 | 834 | N | 10 | 112 |

|  | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 164907 | 302170 |
| FED TAXHL | 15107 | 21606 |
| STAX PANO | 5063 | 8364 |
| RETIRE | 00 | 00 |
| MEDICARE | 2391 | 4381 |
| LO358 | 1649 | 2724 |
| SUSEC | 10225 | 18735 |

ANNUAL LEAVE: FROM PREV YR 6:00 / EARNED THIS YR / USED THIS PP / BAL 6:00
SICK LEAVE: BALANCE 6:00

FLSA 8262     NET PAY  1304.72

USPS RETIREMENT  .00

PS FORM 1223-B, JUNE 1986    EARNINGS STATEMENT

*Stan's Paycheck for Pay date: February 29, 2008.*



Sean's pay
Check for
January 25, 2008

| PAYLOC | FINANCE NO. | | | | EMPLOYEE NAME | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 035 | 41-3485 | S | | | LETTERLOUGH | | | 04035150 | 25 07 | 27045384 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | GROSS PAY | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | E 07 | 1350 | 635 | W | 4000 | 54000 | | FED TAXH1 | 102648 | 102648 |
| 1 | E 07 | 1350 | 635 | 0 | 919 | 18610 | | STTAXPA9D | 5817 | 5817 |
| 1 | E 07 | 1350 | 635 | W | 2225 | 30038 | | RETIRE | 3151 | 3151 |
| | | | | | | | | MEDICARE | 1488 | 1488 |
| | | | | | | | | SOSEC | 6354 | 6354 |

FLSA 4919

NET PAY 857.68

Sean's Paycheck for
February 8, 2008

| PAYLOC | FINANCE NO. | | | | EMPLOYEE NAME | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 022 | 41-3495 | S | | | LETTERLOUGH | | | 04035150 | 03 08 | 27504300 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | GROSS PAY | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Q 01 | 1961 | 834 | W | 4000 | 78420 | | FED TAXH1 | 107522 | 137263 |
| 1 | Q 01 | 1961 | 834 | W | 1433 | 28101 | | STTAXPHD | 6499 | 6499 |
| | | | | | 50 | 901 | | RETIRE | 3301 | 3301 |
| | | | | | | | | MEDICARE | 1559 | 1990 |
| | | | | | | | | SOSEC | 6666 | 8510 |

LO36B 1075 1075

NET PAY 884.22

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Rae L Talley                              |Personnel Number..... 00648304
|3200 Jonagold Drive                       |Education
|Harrisburg PA   17110                     |Pay Period.. 02/02/2008 - 02/15/2008
|                                          |Fed Tax Status: Married
|                                          |Fed Tax Allowances: 00   Period: 05/2008
|B/U:C1     Group:08    Level:14           |
```

| Pay Date   | Payment Amount = | Gross    + | Reim.  - | Taxes  - | Dedn.  |
|------------|------------------|------------|----------|----------|--------|
| 02/29/2008 | 1,076.49       = | 2,320.50 + | 0.00   - | 525.63 - | 718.38 |

| Gross Current Pay        | Rate  | Hrs/Unt | Amount   | Year To Date |
|--------------------------|-------|---------|----------|--------------|
| Normal working hours     | 30.94 | 73.00   | 2,258.62 | 10,426.78    |
| Annual Leave Pay         |       |         |          | 92.82        |
| Paid-Office Closing      |       |         |          | 92.82        |
| Sick Leave Pay           | 30.94 | 2.00    | 61.88    | 293.93       |
| Holiday/Comp lieu Holiday|       |         |          | 696.15       |
| Total Gross              |       |         | 2,320.50 | 11,602.50    |

| Taxes                       | Amount | Year To Date |
|-----------------------------|--------|--------------|
| Federal        Federal      |        |              |
| TX Withholding Tax          | 250.26 | 1,251.30     |
| TX EE Social Security Tax   | 143.88 | 719.36       |
| TX EE Medicare Tax          | 33.65  | 168.24       |
| State          Pennsylvania |        |              |
| TX Withholding Tax          | 71.24  | 356.20       |
| TX EE Unemployment Tax      | 1.39   | 6.96         |
| Local          Harrisburg   |        |              |
| TX Local Services Tax       | 2.00   | 10.00        |
| Local          Susquehanna Township |  |          |
| TX Withholding Tax          | 23.21  | 116.05       |
| EE Taxes                    | 525.63 | 2,628.11     |

| Deductions            | Amount | Year To Date |
|-----------------------|--------|--------------|
| FOSCEP - Fair Share   | 14.63  | 73.15        |
| Garnish: Bankruptcy   | 558.72 | 2,793.60     |
| Full Cov Class AA/Cat 0 | 145.03 | 725.15     |
| Total Deductions      | 718.38 | 3,591.90     |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|

| Reimbursements | Amount |
|----------------|--------|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,076.49 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 143.88 |
| TX ER Medicare Tax | 33.65 |
| ER Basic Life | 5.19 |
| Annuitant Med Hospital | 240.00 |
| ER Workers Comp Benefit | 53.41 |
| PR Non-Covered Medical H | 330.00 |
| ER-SERS | 76.11 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,175.47 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| Garnish: Bankruptcy | 0.00 | 5,028.48 | 0.00 |

| Payroll Area | Z3 |
|---|---|